JASON M. FRIERSON, NVSBN 7709
United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN LEWIS,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 2:22-cv-02015-VCF

**UNOPPOSED MOTION FOR
EXTENSION OF TIME
(*FIRST REQUEST*)**

        Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant) respectfully

requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal

and/or Remand (Dkt. No. 16, filed on March 2, 2023), currently due on April 3, 2023, by 30 days,

through and including May 3, 2023. Defendant further requests that all subsequent deadlines be

extended accordingly.

        This is Defendant's first request for an extension of time to file a response. Good cause exists

for this extension. Defendant respectfully requests this additional time because counsel is currently in

the process of determining if a settlement agreement is possible. If the case cannot be settled, then

Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Motion for Reversal

and/or Remand.  This request is made in good faith and with no intention to unduly delay the proceedings.

On March 31, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and/or Remand, through and including May 3, 2023.


Dated: March 31, 2023                    Respectfully submitted,

                                         JASON M. FRIERSON
                                         United States Attorney

                                         /s/ David Priddy
                                         DAVID PRIDDY
                                         Special Assistant United States Attorney




                                         IT IS SO ORDERED:

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

                                         DATED: _____4-4-2023_____

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway
Suite C115
Santa Fe Springs, CA 90670
562-273-3702
Fax: 562-868-5491
Email: marc.kalagian@rksslaw.com

Attorney for Plaintiff

Dated: March 31, 2023

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3